# First District Court of Appeal
## State of Florida

—————————————————

No. 1D19-650

—————————————————

William Leslie Rhow,

Appellant,

v.

State of Florida,

Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

July 8, 2019

Per Curiam.

Affirmed.

Lewis, Wetherell, and M.K. Thomas, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————

William Leslie Rhow, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.